AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Douglas Edward Lochbaum<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 19-10140 |

FILED BY
NOV 25 2019
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/20/2019__ in the county of __Madison__ in the __Western__ District of __District__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

Douglas Edward Lochbaum has made repeated contact with victims (Rolf and Amanda Hazelhurst) in violation of Orders of Protection (19-OP281 and 19-OP282). Douglas Lochbaum is believed to be staying in TX to avoid prosecution. Douglas Lochbaum presently has multiple active state warrants - Felony Aggravated Stalking TCA 39-17-315, Violation of Protection Order TCA 36-3-611, and Harassment TCA 39-17-308. See Affidavit attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Sgt. T. J. King, Madison County Sheriff's Dept.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/25/2019__

s/Jon A. York
*Judge's signature*

City and state: __Jackson, TN__      Jon A. York, U.S. Magistrate Judge
*Printed name and title*