## AFFIDAVIT OF SGT. T.J. KING, MADISON COUNTY SHERIFF'S OFFICE

I, Sgt. T.J. King, being duly sworn, state:

1. I am a deputy with the MADISON COUNTY SHERIFF'S OFFICE. As such, I am a criminal investigator, and have been employed with them for over eleven (11) years. During this time, I have investigated numerous crimes including, but not limited to, homicides, aggravated assaults, robberies, child abuse and neglect, etc.

2. In connection with my official duties, I have been investigating a criminal matter regarding the violations of an Order of Protection by DOUGLAS LOCHBAUM.

3. On or about November 20, 2019, DOUGLAS LOCHBAUM made contact with victims (ROLF and AMANDA HAZLEHURST) in violation of Orders of Protection (19-OP281 and 19-OP-282). DOUGLAS LOCHBAUM is believed to be staying TEXAS to avoid prosecution.

4. DOUGLAS LOCHBAUM presently has multiple active state warrants for FELONY AGGRAVATED STALKING (x2) TCA 39-17-315, VIOLATIONS OF PROTECTION ORDER (x10) TCA 36-3-611, and HARASSMENT (x3) TCA 39-17-308.

5. Based on information developed by this investigator, it is believed that DOUGLAS LOCHBAUM has fled the state of Tennessee in violation of Title 18 United States Code 1073, Unlawful Flight to Avoid Prosecution.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
T.J KING
Sgt., Madison County Sheriff's Department

SWORN TO before me and subscribed in my presence
At Jackson, Tennessee, this 25th day of November, 2019.

s/Jon A. York

_____
JON A. YORK
United States Magistrate Judge
Western District of Tennessee